IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRISTOPHER SCOTT FISH,                     Case No. 3:13-cv-01698-CL

    Plaintiff,                                              ORDER

  v.

COLETTE S. PETERS, et al.,

    Defendants.

Aiken, Chief Judge:

    Magistrate Judge Clark issued his Findings and Recommendation in the above-captioned case on April 9, 2015, recommending that defendants' Motion for Summary Judgment be GRANTED. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981).

1   - ORDER

Plaintiff filed objections to the Findings and Recommendation. Upon de novo review, I find no error with Magistrate Judge Clarke's thorough analysis.

Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Clarke's Findings and Recommendation (doc. 42) issued on April 9, 2015 is ADOPTED in its entirety. Defendants' Motion for Summary Judgment (doc. 34) is GRANTED. This action is dismissed. IT IS SO ORDERED.

Dated this 27th day of May, 2015.

_____
Ann Aiken
United States District Judge